COMMONWEALTH of Pennsylvania,
Petitioner

v.

Richard KRISTA, Respondent

No. 339 WAL 2016

Supreme Court of Pennsylvania.

January 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.